NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETSOCKET, INC.,**
*Appellant*

v.

**CISCO SYSTEMS, INC.,**
*Appellee*

---

2025-1024

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00607.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                          NETSOCKET, INC. V. CISCO SYSTEMS, INC.

(2)  Each side shall bear their own costs.


FOR THE COURT



December 10, 2024                      Jarrett B. Perlow
      Date                             Clerk of Court



**ISSUED AS A MANDATE:** December 10, 2024